United States District Court
For the Northern District of California

1
2
3
4
5                   IN THE UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    INSURANCE COMPANY OF THE WEST,          No.  CV 13-04345 PJH
9              Plaintiff,                     **ORDER**
10      v.
11   THE INSURANCE COMPANY,
12              Defendant.
                                        /
13
14   GOOD CAUSE APPEARING THEREFOR,
15         IT IS ORDERED that this case is reassigned to the **Honorable Phyllis J. Hamilton** in the
16   **Oakland division** for all further proceedings. Counsel are instructed that all future filings shall bear
17   the **initials PJH** immediately after the case number. All hearing dates presently scheduled are
18   vacated and motions should be renoticed for hearing before the judge to whom the case has been
19   reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a
20   magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed
21   for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.
22   Civ. P. 72(b).
23
24                                          FOR THE EXECUTIVE COMMITTEE:
25
26   Dated:  September 30, 2013
27   rev 4-12                               Richard W. Wieking
                                            Clerk of Court
28